IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERLIRIA CROSS and STANLEY ESTMOND, II, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:13-cv-01018 |
| v. | ) ) | Chief Judge Haynes |
| DARREN FILLMORE and HORIZON TRANSPORT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the parties' joint stipulation of voluntary dismissal with prejudice of all claims pending in this action. (Docket Entry No. 29). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the __10__ day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge